IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

LISA VASQUEZ-AHUMADA,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:20-00564

M.E. REHERMAN,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation ("PF&R") on September 11, 2020, in which he recommended that the court grant plaintiff's "Motion for Voluntary Dismissal," dismiss plaintiff's complaint without prejudice, and remove this matter from the court's docket. (ECF No. 4.)

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file objections to the PF&R. The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989). The parties failed to file objections to the PF&R within

the required time period. Accordingly, the court adopts the PF&R as follows:

1. Plaintiff's letter-form motion for voluntary dismissal (ECF No. 3) is **GRANTED**;

2. Plaintiff's complaint (ECF No. 1) is **DISMISSED** without prejudice; and

3. The Clerk is directed to remove this case from the court's active docket.

The Clerk is further directed to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 12th day of April, 2021.

        ENTER:

        David A. Faber
        Senior United States District Judge